**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                                      CASE NO.  3:92cr3008LAC

JOSE ALBERTO SANCHEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___January 10, 2006___

Motion/Pleadings:__MOTION FOR POST TRIAL RELIEF, PURSUANT TO TITLE 18 U.S.C.__
__§ 3582 (c)(2) TO MODIFY SENTENCING ORDER__

Filed by_DEFENDANT PRO SE_____ on_12/20/05_____ Doc.# _754_____

RESPONSES:

_____ on_____ Doc.# _____
_____ on_____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy*_____

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12ᵗʰ day of*
*January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) Apprendi/Booker are not retroactive.*

                                          *s/L.A. Collier*
                                  *_____*
                                  **LACEY A. COLLIER**
                        **Senior United States District Judge**

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

                       Document No.