# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                  CASE NO.  3:92cr3008LAC

JOSE ALBERTO SANCHEZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 10, 2006__
Motion/Pleadings: __MOTION FOR POST TRIAL RELIEF, PURSUANT TO TITLE 18 U.S.C. § 3582 (c)(2) TO MODIFY SENTENCING ORDER__
Filed by __DEFENDANT PRO SE__ on __12/20/05__ Doc.# __754__
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                    s/Mary Maloy
                               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Apprendi/Booker are not retroactive.*


                                        s/L.A. Collier
                                    **LACEY A. COLLIER**
                            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____

Document No.